**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02687-STV

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STEVEN D. RODEMER,

    Defendant.

---

**ENTRY OF APPEARANCE**

---

    I, Jeffrey R. Thomas of Thomas Law LLC, certify that I am a member in good standing of the bar of this Court and enter my appearance as counsel for Defendant Steven D. Rodemer.

    Dated:  September 8, 2020.

    Respectfully submitted,

/s/ Jeffrey R. Thomas
Jeffrey R. Thomas
Thomas Law LLC
3773 Cherry Creek North Dr, Suite 717
Denver, CO 80209
720-330-2805
jthomas@thomaslawllc.com
*Attorneys for Defendant Steven D. Rodemer*